■ MICHELE R. ALBERTS, Appellant-Respondent, v RICHARD J. ALBERTS, Respondent-Appellant.—Order unanimously affirmed without costs. Memorandum: Special Term did not abuse its discretion in awarding plaintiff $1000 in attorney's fees and $1000 in accounting fees. We also find no abuse of discretion in the court's denial of defendant's cross motion for a downward modification of temporary maintenance and child support. In affirming, we reiterate our prior holdings that the remedy for any claimed inequity in a temporary award is a speedy trial, not an appeal *(Clancy v Clancy,* 122 AD2d 563; *Cloutier v Cloutier,* 94 AD2d 974; *Kunerth v Kunerth,* 58 AD2d 1010; *Vesper v Vesper,* 46 AD2d 729). (Appeals from Order of Supreme Court, Erie County, Wolfgang, J.—Divorce.) Present—Callahan, J. P., Boomer, Green, Boehm and Davis, JJ.